**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**DIMITRI SIMES, and**<br>**ANASTASIA SIMES,** )<br><br>**Defendants.** ) | **Criminal Action No. 24-cr-404** |

## <u>GOVERNMENT'S NOTICE OF BILL OF PARTICULARS FOR FORFEITURE</u>

1.      The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files this Bill of Particulars for the Forfeiture Allegation in the Indictment.

2.       Upon conviction of the offenses alleged in Counts One and Two of the Indictment, the United States will seek forfeiture of the following specific funds:

### <u>United States Currency</u>

1)  $44,975.94 in United States Currency seized from a Wells Fargo Account ending in x0933.

Dated: January 10, 2025
         Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES,
D.C. Bar #481052
United States Attorney

By:          */s/ Rick Blaylock, Jr.*
          RICK BLAYLOCK JR.
          Assistant United States Attorney

Asset Forfeiture Coordinator
Texas Bar Number 24103294 United States
Attorney's Office 601 D Street NW
Washington, D.C. 20530
Telephone: 202-252-6765
Email: rick.blaylock.jr@usdoj.gov

*Attorney for the United States of America*